IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:05MJ352-K

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JON FARRELL BUSCH, ) | |
| ) | |
| Defendant. ) | |

**UPON MOTION** of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order dismissing the criminal complaint filed in the above-captioned matter,

**IT IS HEREBY ORDERED** that the Motion to Dismiss the Criminal Complaint is granted. The Clerk is hereby directed to submit a copy of this Order, together with the second criminal complaint and arrest warrant filed under a separate case number charging JON FARRELL BUSCH with violations of Title 18, United States Code, Section 1361, to the United States Marshals, the United States Probation Office and the United States Attorney's Office.

This the 1st day of December, 2005.

CARL HORN
UNITED STATES MAGISTRATE JUDGE